UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **JUDITH A. BRANDENBURG,** ) | |
|      **Plaintiff,** ) | |
|      vs. ) | Case No. 4:05-cv-2103 SNL |
| **GENERAL MOTORS CORPORATION,** ) | |
|      **Defendant.** ) | |

## ORDER

     This is before the Court on Plaintiff's Motion for Reconsideration (#24), filed October 4, 2006. Defendant filed a Motion for Summary Judgment on August 11, 2006. As of September 29, 2006, Plaintiff had not responded. The Court granted Defendant's Motion based on those pleadings and dismissed Plaintiff's case. The Plaintiff now informs the Court that he had computer problems and did not receive electronic notice of Defendant's filing. Therefore, he was unaware of said Motion until receiving the Court's Order. Plaintiff requests that the Court vacate its Order and allow Plaintiff additional time to respond. Given the circumstances, Plaintiff's request is reasonable.

     Accordingly,

     **IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration (#24) be and is **GRANTED**. The Court's Order (#23), dated September 29, 2006 is **VACATED**.

     **IT IS FURTHER ORDERED** that Plaintiff may respond to Defendant's Motion on or before November 9, 2006.

     Dated this 10th day of October, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE